UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; DYNATONE PUBLISHING COMPANY; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; JAMES WILLIAM BUFFETT a/k/a JIMMY BUFFETT, an individual d/b/a CORAL REEFER MUSIC; FOUR- TEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI FULL NELSON MUSIC; FREDERICK S. BIENSTOCK and HAMMERSTEIN MUSIC & THEATRE COMPANY, INC., a Connecticut Partnership d/b/a EDWARD B. MARKS MUSIC COMPANY; DANDELION MUSIC CO., A Division of JAMIE MUSIC PUBLISHING CO.; PRONTO MUSIC, a division of COTILLION MUSIC, INC.; QUINON R. IVY d/b/a QUINVY MUSIC PUBLISHING CO.; WARNER-TAMERLANE PUBLISHING CORP.; JEFF TROTT d/b/a TROTTSKY MUSIC; SHERYL SUZANNE CROW d/b/a OLD CROW MUSIC; SONGS OF UNIVERSAL, INC.; LISA ANNE LOEB, an Individual d/b/a FURIOUS ROSE MUSIC; JUAN P. PATINO, an individual d/b/a JUAN PATINO MUSIC PUBLISHING, <br><br>Plaintiffs, <br><br>v. <br><br>MARINA VIEW CORPORATION d/b/a SKYLINE BAR & GRILL, GRIMOALDO A. RUSCITO, ANTONIO C. RUSCITO and ANTHONY RUSCITO, each individually, <br><br>Defendants. | MAGISTRATE JUDGE Sorokin <br><br>05 11845 RCL <br><br>RECEIPT # _____ <br>AMOUNT $250 <br>SUMMONS ISSUED ✓ <br>LOCAL RULE 4.1 ___ <br>WAIVER FORM ___ <br>MCF ISSUED ___ <br>BY DPTY. CLK. ___ <br>DATE 9/12/05 <br><br><br>Civil Action No.: _____ |

## DISCLOSURE STATEMENT

Plaintiffs Broadcast Music, Inc., et al., by and through their attorney, provide the Court with the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Vivendi-Universal (Vivendi Company, France) is a 100% stockholder of Universal-Songs of Polygram International, Inc.

2. Sony/ATV Music Publishing and Sony/MJ Music Publishing LLC are 100% stockholders of Sony/ATV Songs LLC d/b/a Tree Publishing.

3. The Seagram Company, Ltd. c/o Vivendi Universal, S.A. is a 100% stockholder of Rondor Music International d/b/a Irving Music.

4. Virgin Holdings, Inc. is a 100% stockholder of EMI Virgin Songs, Inc.

5. Vivendi-Univeral (Vivendi Company, France) is a 100% stockholder of Songs of Universal, Inc.

Respectfully submitted,

BROADCAST MUSIC, INC., et al.
Plaintiffs,

By their attorney:

Dated: September 12 2005

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

2

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.;<br>UNIVERSAL-SONGS OF POLYGRAM<br>INTERNATIONAL, INC.;<br>SONY/ATV SONGS LLC d/b/a SONY/ATV<br>TREE PUBLISHING; DYNATONE PUBLISHING<br>COMPANY; RONDOR MUSIC<br>INTERNATIONAL, INC. d/b/a IRVING MUSIC;<br>JAMES WILLIAM BUFFETT a/k/a JIMMY<br>BUFFETT, an individual d/b/a CORAL REEFER<br>MUSIC; FOUR-TEENTH HOUR MUSIC INC.;<br>SPRINGTIME MUSIC, INC.; EMI VIRGIN<br>SONGS, INC. d/b/a EMI FULL NELSON MUSIC;<br>FREDERICK S. BIENSTOCK and<br>HAMMERSTEIN MUSIC & THEATRE<br>COMPANY, INC., a Connecticut Partnership d/b/a<br>EDWARD B. MARKS MUSIC COMPANY;<br>DANDELION MUSIC CO., A Division of<br>JAMIE MUSIC PUBLISHING CO.; PRONTO<br>MUSIC, a division of COTILLION MUSIC, INC.;<br>QUINON R. IVY d/b/a QUINVY MUSIC<br>PUBLISHING CO.; WARNER-TAMERLANE<br>PUBLISHING CORP.; JEFF TROTT d/b/a<br>TROTTSKY MUSIC; SHERYL SUZANNE<br>CROW d/b/a OLD CROW MUSIC; SONGS OF<br>UNIVERSAL, INC.; LISA ANNE LOEB,<br>an Individual d/b/a FURIOUS ROSE MUSIC;<br>JUAN P. PATINO, an individual d/b/a<br>JUAN PATINO MUSIC PUBLISHING,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARINA VIEW CORPORATION d/b/a<br>SKYLINE BAR & GRILL,<br>GRIMOALDO A. RUSCITO,<br>ANTONIO C. RUSCITO and<br>ANTHONY RUSCITO, each<br>individually,<br><br>    Defendants. | 05  11845 RCL<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No.: _____ |

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

### JURISDICTION AND VENUE

1.  This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.  Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

### THE PARTIES

3.  Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4.  The other plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.  Upon information and belief, Defendant Marina View Corporation is a corporation organized and existing under the laws of the Commonwealth of Massachusetts, with a principal address at 1030 Metropolitan Ave., Milton, MA 02186, which operates, maintains and controls an establishment known as Skyline Bar & Grill (the "Establishment"), located at 305 Victory Road, Quincy, Massachusetts 02171, in this district. In connection with the operation of this business, defendant Marina View Corporation publicly performs musical compositions and/or causes musical

compositions to be publicly performed.

6. Plaintiffs are informed and believe that defendant Grimoaldo A. Ruscito is an officer of defendant Marina View Corporation with primary responsibility for the operation and management of that corporation and the Establishment.

7. Plaintiffs are informed and believe that defendant Antonio C. Ruscito is an officer of defendant Marina View Corporation with primary responsibility for the operation and management of that corporation and the Establishment.

8. Plaintiffs are informed and believe that defendant Anthony Ruscito is a director of defendant Marina View Corporation with primary responsibility for the operation and management of that corporation and the Establishment.

9. Plaintiffs are informed and believe that defendant Grimoaldo A. Ruscito has the right and ability to supervise the activities of defendant Marina View Corporation and the Establishment, and has a direct financial interest in that corporation and the Establishment.

10. Plaintiffs are informed and believe that defendant Antonio C. Ruscito has the right and ability to supervise the activities of defendant Marina View Corporation and the Establishment, and has a direct financial interest in that corporation and the Establishment.

11. Plaintiffs are informed and believe that defendant Anthony Ruscito has the right and ability to supervise the activities of defendant Marina View Corporation and the Establishment, and has a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

12. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 11.

13. Plaintiffs allege twelve (12) claims of willful copyright infringement, based upon defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against defendants.

14. Annexed as Schedule A hereto and incorporated herein is a list identifying the musical compositions whose copyrights are known to have been infringed by defendants. According to plaintiffs' information and belief, defendants have infringed copyright in other musical compositions and at other times in addition to those shown on Schedule A. Schedule A contains information on the twelve claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition who are also the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the Establishment where the infringement occurred. All references hereinafter to "Lines" are to lines on the Schedule.

15. Each of the musical compositions identified on the Schedule, Line 2, was created by the persons named on Line 3.

16. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act

4

and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

17. On the dates listed on Line 7, plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical compositions listed on Line 2.

18. On the date(s) listed on Line 7, defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of Skyline Bar & Grill without a license or permission to do so. Thus, defendants have committed copyright infringement.

19. Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from plaintiff BMI that the performance on the premises of Skyline Bar & Grill, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

20. The specific acts of copyright infringement alleged, as well as defendants' entire course of conduct, have caused and are causing plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at Skyline Bar & Grill, defendants threaten to continue committing copyright infringement. Unless this Court restrains defendants from committing further acts of copyright infringement, plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

### RELIEF REQUESTED

WHEREFORE, plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their

permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)   Defendants be ordered to pay statutory damages per claim of infringement, pursuant to 17 U.S.C. Section 504(c);

(III)   Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV)   Plaintiffs have such other and further relief as is just and equitable.

Respectfully submitted:

Date: September 12, 2005

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorneys,

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

6

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Brown Eyed Girl |
| Line 3 | Writer(s) | Van Morrison |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs Of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 5/2/67 |
| Line 6 | Registration No(s). | Eu 993451 |
| Line 7 | Date(s) of Infringement | 4/14/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 2 | |
| Line 2 | Musical Composition | Crazy | |
| Line 3 | Writer(s) | Willie Nelson | |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing | |
| Line 5 | Date(s) of Registration | 3/6/89 | 10/16/61 |
| Line 6 | Registration No(s). | RE 422-869 | Ep 156698 |
| Line 7 | Date(s) of Infringement | 4/14/05 | |
| Line 8 | Place of Infringement | Skyline Bar & Grille | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Get Up I Feel Like Being Like A Sex Machine AKA Get Up I Feel Like Being A Sex Machine |
| Line 3 | Writer(s) | James Brown; Bobby Byrd; Ronald Lenhoff |
| Line 4 | Publisher Plaintiff(s) | Dynatone Publishing Company |
| Line 5 | Date(s) of Registration | 7/9/70    3/13/73 |
| Line 6 | Registration No(s). | Eu 198587   Ep 310534 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Joy To The World |
| Line 3 | Writer(s) | Hoyt Axton |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 11/20/70   4/12/71 |
| Line 6 | Registration No(s). | Eu 218428   Ep 284915 |
| Line 7 | Date(s) of Infringement | 4/14/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Margaritaville |
| Line 3 | Writer(s) | James William Buffett a/k/a Jimmy Buffett |
| Line 4 | Publisher Plaintiff(s) | James William Buffett a/k/a Jimmy Buffett, an individual d/b/a Coral Reefer Music |
| Line 5 | Date(s) of Registration | 2/14/77    2/22/80 |
| Line 6 | Registration No(s). | Eu 763463   PA 59-700 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Mustang Sally |
| Line 3 | Writer(s) | Bonny Rice |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. |
| Line 5 | Date(s) of Registration | 4/27/93    3/22/65 |
| Line 6 | Registration No(s). | RE 627-422    Eu 873659 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | On The Road Again |
| Line 3 | Writer(s) | Willie Nelson |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Full Nelson Music |
| Line 5 | Date(s) of Registration | 2/5/80 |
| Line 6 | Registration No(s). | PAu 197-371 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Paradise By The Dashboard Light |
| Line 3 | Writer(s) | James Steinman ak/a Jim Steinman |
| Line 4 | Publisher Plaintiff(s) | Frederick S. Bienstock and Hammerstein Music & Theatre Company, Inc., a Connecticut Partnership d/b/a Edward B. Marks Music Company |
| Line 5 | Date(s) of Registration | 5/13/77    9/18/78 |
| Line 6 | Registration No(s). | Eu 785460    PA 13-430 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | She's Some Kind Of Wonderful a/k/a Some Kind Of Wonderful |
| Line 3 | Writer(s) | J. Ellison a/k/a John Ellison |
| Line 4 | Publisher Plaintiff(s) | Dandelion Music Co., a division of Jamie Music Publishing Co. |
| Line 5 | Date(s) of Registration | 6/5/67 |
| Line 6 | Registration No(s). | Ep 232189 |
| Line 7 | Date(s) of Infringement | 4/14/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | When A Man Loves A Woman |
| Line 3 | Writer(s) | Calvin Lewis; Andrew Wright |
| Line 4 | Publisher Plaintiff(s) | Pronto Music, a division of Cotillion Music, Inc.; Quinon R. Ivy d/b/a Quinvy Music Publishing Co. |
| Line 5 | Date(s) of Registration | 5/9/66 |
| Line 6 | Registration No(s). | Ep 216641 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | If It Makes You Happy |
| Line 3 | Writer(s) | Jeffrey Trott, Sheryl Crow |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Jeff Trott d/b/a Trottsky Music; Sheryl Suzanne Crow d/b/a Old Crow Music |
| Line 5 | Date(s) of Registration | 10/10/96 |
| Line 6 | Registration No(s). | PA 815-033 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Let's Forget About It |
| Line 3 | Writer(s) | Lisa Loeb; Juan Patino |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc; Lisa Anne Loeb, an individual d/b/a Furious Rose Music; Juan P. Patino, an individual d/b/a Juan Patino Music Publishing |
| Line 5 | Date(s) of Registration | 2/20/98 |
| Line 6 | Registration No(s). | PA 885-337 |
| Line 7 | Date(s) of Infringement | 4/13/05 |
| Line 8 | Place of Infringement | Skyline Bar & Grille |

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Broadcast Music, Inc., et al

## DEFENDANTS
Marina View Corporation d/b/a Skyline Bar & Grill, et al

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed   Norfolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square, Boston, MA 02114
617-227-7031

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander — ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability — ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine — **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability — ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle — ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability — ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury — ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting — ☐ 510 Motions to Vacate Sentence | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment — Habeas Corpus: | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations — ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare — ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights — ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | — ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | — ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement in violation of Title 17 of the U.S. Code

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE   9-12-05
SIGNATURE OF ATTORNEY OF RECORD   Amy C Mainelli

FOR OFFICE USE ONLY
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Broadcast Music, Inc. et al  v.__
   __Marina View Corporation d/b/a Skyline Bar & Grill, et al__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [X] II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,          *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.             for patent, trademark or copyright cases
   - [ ] III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.
   - [ ] IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [X]     Central Division [ ]     Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]     Central Division [ ]     Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Amy C. Mainelli, Esq.__
ADDRESS __Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, MA 02114__
TELEPHONE NO. __617-227-7031__

(Coversheetlocal.wpd - 10/17/02)