AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Broadcast Music, Inc., et al

V.

Marina View Corporation d/b/a
Skyline Bar & Grill, Grimoaldo A.
Ruscito, Antonio C. Ruscito and
Anthony Ruscito

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 11845 RCL

TO: (Name and address of Defendant)

Antonio C. Ruscito
1030 Metropolitan Avenue
Milton, MA  02186

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: SEP 12 2005

[Stamped: FILED IN CLERKS OFFICE, 2005 OCT 12 P 3:24, U.S. DISTRICT COURT, DISTRICT OF MASS]

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10-9.2005 |

| NAME OF SERVER (PRINT) Thomas L Savage | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the ~~third party~~ defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Anthony Ruscito

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-9.2005     _[signature]_
           Date         Signature of Server

427 Neck St Weymouth
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.