AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Broadcast Music, Inc, et al

V.

Marina View Corporation d/b/a
Skyline Bar & Grill, Grimoaldo A.
Ruscito, Antonio C. Ruscito and
Anthony Ruscito

FILED
IN CLERKS OFFICE

2005 OCT 12 P 3:29

U.S. DISTRICT COURT
DISTRICT OF MASS.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 05 11845 RCL

TO: (Name and address of Defendant)

Grimoaldo A. Ruscito
1030 Metropolitan Avenue
Milton, MA 02186

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable period of time after service.

SARAH A. THORNTON

SEP 12 2005

CLERK _/s/_                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-9-2005 |
| NAME OF SERVER (PRINT) Thomas Savage | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Anthony Russell

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-9-2005
             Date                Signature of Server

427 Neck St  Weymouth, Mass
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.