AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

CLERKS OFFICE

2005 OCT 12 ⊃ 3: 29

Broadcast Music, Inc., et al

V.

Marina View Corporation d/b/a
Skyline Bar & Grill, Grimoaldo A.
Ruscito, Antonio C. Ruscito and
Anthony Ruscito

DISTRICT OF MASS.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 05   11845 RCL

TO: (Name and address of Defendant)
Anthony Ruscito
1030 Metropolitan Avenue
Milton, MA   02186

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and ad ress)

Amy C. Mainelli, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA   02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

## SARAH A. THORNTON

| | |
|---|---|
| CLERK | DATE |
| (By) DEPUTY CLERK | SEP 12 2005 |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10 -9 - 2005 |

| NAME OF SERVER *(PRINT)* Womni    Savac | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the ~~third party~~ defendant. Place where served: 1030 Melaopolitin Ave Nihlon

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10-9. 2005
_____
Date          Signature of Server

427 Neck st, Weymoull Mass
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.