UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BROADCAST MUSIC, INC., ET AL**

**V.**                                              CIVIL ACTION NO. 05-11845-RCL

**MARINA VIEW CORP., ET AL**

### NOTICE OF DEFAULT

For failure of the defendants, **Marina View Corp., Grimoaldo Ruscito, Antonio Ruscito, and Anthony Ruscito** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted this 5th day of December, 2005.

SARAH A. THORNTON, CLERK

By:/s/ Lisa M. Hourihan
December 5, 2005                    Deputy Clerk