UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROADCAST MUSIC, INC., et al.<br><br>Plaintiffs<br><br>v.<br><br>MARINA VIEW CORPORATION d/b/a<br>SKYLINE BAR & GRILL, et al.<br><br>Defendants | Civil Action No.<br><br>05-11845 RCL |

## ASSENTED TO MOTION TO REMOVE DEFAULT JUDGMENT AND FOR LEAVE TO FILE ANSWER TO COMPLAINT LATE

Defendants, Marina View Corporation, Grimoaldo A. Ruscito, Anthonio C. Ruscito, and Anthony Ruscito move this court to remove the default judgment entered on December 5, 2005, and for leave to file the answer to the Complaint that was transmitted to the court electronically on December 5, 2005, late. As grounds for this motion, the defendants state as follows:

1. Defendants, through counsel, have been discussing this action with Plaintiffs' counsel for several weeks. Plaintiffs' counsel gave defendants until December 5, 2006, to file their answer.

2. On the evening of December 5, 2005, Defendants' counsel filed an answer to the complaint electronically. The deputy clerk of this court defaulted the defendants earlier the same day.

    3.        Defendants have a good and meritorious defense to the complaint.

    4.        Plaintiff has assented to this motion.

WHEREFORE, Defendants, Marina View Corporation, Grimoaldo A. Ruscito, Anthonio C. Ruscito, and Anthony Ruscito move this court to remove the default judgment and for leave to file an answer to the Complaint late, and that the answer filed on December 5, 2005 be accepted as their answer.

By their attorneys,

s/ Andrew D. Epstein

_____
Andrew D. Epstein, Esquire
BBO No. 155140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
(617) 482-4900
FAX: (671) 426-5251
Photolaw@AOL.com

December 15, 2005

I Assent to this Motion:

/s/ Amy C. Mainelli

_____
Amy C. Mainelli, Esquire
Kotin, Crabtree & Strong
One Bowdoin Square
Boston, MA 02114