UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; DYNATONE PUBLISHING COMPANY; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; JAMES WILLIAM BUFFETT a/k/a JIMMY BUFFETT, an individual d/b/a CORAL REEFER MUSIC; FOUR-TEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI FULL NELSON MUSIC; FREDERICK S. BIENSTOCK and HAMMERSTEIN MUSIC & THEATRE COMPANY, INC., a Connecticut Partnership d/b/a EDWARD B. MARKS MUSIC COMPANY; DANDELION MUSIC CO., A Division of JAMIE MUSIC PUBLISHING CO.; PRONTO MUSIC, a division of COTILLION MUSIC, INC.; QUINON R. IVY d/b/a QUINVY MUSIC PUBLISHING CO.; WARNER-TAMERLANE PUBLISHING CORP.; JEFF TROTT d/b/a TROTTSKY MUSIC; SHERYL SUZANNE CROW d/b/a OLD CROW MUSIC; SONGS OF UNIVERSAL, INC.; LISA ANNE LOEB, an Individual d/b/a FURIOUS ROSE MUSIC; JUAN P. PATINO, an individual d/b/a JUAN PATINO MUSIC PUBLISHING,<br><br>Plaintiffs,<br><br>v.<br><br>MARINA VIEW CORPORATION d/b/a SKYLINE BAR & GRILL, GRIMOALDO A. RUSCITO, ANTONIO C. RUSCITO and ANTHONY RUSCITO, each individually,<br><br>Defendants. | Civil Action No.: 05 11845 RCL |

## CERTIFICATION PURSUANT
## TO LOCAL RULE 16.1(D)(3)

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiffs and their counsel hereby certify that:

1) The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative costs – of the litigation; and

2) The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

BROADCAST MUSIC, INC.
for itself and on behalf of all Plaintiffs,

By: _____
Kerri Howland-Kruse
Title: AVP, Legal

Dated: January __, 2006

And by its attorneys,

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO # 657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

## CERTIFICATE OF SERVICE

I, Amy C. Mainelli, certify that I have this day served the foregoing document by first class mail upon counsel for the defendants in this action.

1-27-06            /s/ Amy C. Mainelli
Date                Amy C. Mainelli

2