# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------X
```
BROADCAST MUSIC, INC.;
UNIVERSAL-SONGS OF POLYGRAM
INTERNATIONAL, INC.; SONY/
ATV SONGS LLC d/b/a SONY/ATV
TREE PUBLISHING; DYNATONE
PUBLISHING COMPANY; RONDOR
MUSIC INTERNATIONAL, INC.
d/b/a IRVING MUSIC; JAMES
WILLIAM BUFFETT a/k/a JIMMY
BUFFETT, an individual d/b/a
CORAL REEFER MUSIC; FOUR-
TEENTH HOUR MUSIC INC.;
SPRINGTIME MUSIC, INC.; EMI
VIRGIN SONGS, INC. d/b/a EMI
FULL NELSON MUSIC; FREDERICK
S. BIENSTOCK and HAMMERSTEIN
MUSIC & THEATRE COMPANY,
INC., a Connecticut
Partnership d/b/a EDWARD B.
MARKS MUSIC COMPANY;
DANDELION MUSIC CO., a
Division of JAMIE MUSIC
PUBLISHING CO.; PRONTO MUSIC,
a division of COTILLION
MUSIC, INC.; QUINON R. IVY
d/b/a QUINVY MUSIC PUBLISH-
ING CO.; WARNER-TAMERLANE
PUBLISHING CORP.; JEFF TROTT
d/b/a TROTTSKY MUSIC; SHERYL
SUZANNE CROW d/b/a OLD CROW
MUSIC; SONGS OF UNIVERSAL,
INC.; LISA ANNE LOEB, an
Individual d/b/a FURIOUS
ROSE MUSIC; JUAN P. PATINO,
an individual d/b/a JUAN
PATINO MUSIC PUBLISHING,

        Plaintiffs,

      v.

MARINA VIEW CORPORATION
d/b/a SKYLINE BAR & GRILL
and GRIMOALDO A. RUSCITO,
ANTONIO C. RUSCITO and
ANTHONY RUSCITO, each
individually,

        Defendants.
```
-----------------------------X
```

CIVIL ACTION NO.:
05 11845 RCL

## AFFIDAVIT OF LAWRENCE E. STEVENS

STATE OF TENNESSEE ) 
                    ) ss:
COUNTY OF DAVIDSON )

I, LAWRENCE E. STEVENS, being sworn, says:

1.   I am the Assistant Vice-President, General Licensing for BROADCAST MUSIC, INC., hereinafter referred to as "BMI", and I maintain an office at 10 Music Square East, Nashville, Tennessee 37203.   I am fully familiar with the facts and circumstances in this matter, as well as with BMI's general licensing procedures.

2.   BMI routinely sends to the proprietors license agreements and information explaining the need to obtain permission from copyright owners in order to lawfully publicly perform copyrighted music in their establishment.   Copies of such correspondence are maintained at BMI's Licensing Office, under my supervision.

3.   Prior to February 16, 2004, BMI learned that Skyline Bar & Grill, located at 305 Victory Road, Quincy, Massachusetts 02171, was offering musical entertainment without a license from BMI, or without permission from the copyright owners whose music was being publicly performed.   On February 16, 2004, BMI sent a letter to the establishment and advised that a license was required.   An informational brochure and BMI license agreement containing a license fee schedule were enclosed.   The Defendants were advised that BMI represented hundreds of thousands of writers and publishers, and that BMI had the right to license several million musical compositions.   There was no response.

2

4.   BMI has not issued a license to any person authorizing the performance at Skyline Bar & Grill of any of the works alleged to have been infringed.  Upon information and belief, none of the owners of the copyrights of any of said works has issued such a license to any person.

5.   BMI sent additional letters and agreements on February 26, 2004, April 16, 2004, April 28, 2004, May 12, 2004, May 21, 2004, August 5, 2004, September 17, 2004, September 27, 2004, October 5, 2004, November 3, 2004, November 24, 2004, and December 16, 2004.

6. On December 27, 2004, BMI sent the Defendants a letter via DHL which instructed Anthony Ruscito Jr. to cease the public performance of BMI-licensed music.

7. On March 2, 2005, BMI sent a letter without an agreement. On May 26, 2005, two letters were sent with agreements, as well as on May 30, 2005, May 31, 2005, and June 10, 2005.  On July 20, 2005, three letters were sent without agreements. No response was received from any of the individual defendants.

8.   BMI also employs licensing personnel who work under the supervision of the Licensing Directors.   They assist BMI's licensing efforts by making telephone calls and personal visits to potential licensees.   They make a contemporaneous note of each telephone call and personal visit made.   Copies of these records are maintained at BMI's offices, along with copies of the correspondence discussed above.

9.   BMI's records indicate that BMI licensing personnel

3

telephoned the individual defendants at Skyline Bar & Grill on forty-seven occasions and spoke to persons associated with the establishment's operation. Also, a BMI representative spoke with defendant Anthony Ruscito, Jr. and the defendants' attorney Don Orkin on numerous occasions. A representative visited Skyline Bar & Grill on two occasions and left BMI license agreements with a person identified as Greg Soutter.

10. Despite BMI's efforts, the Defendants failed to enter into a license agreement with BMI and continue to offer unauthorized public performance of BMI-licensed music.

11. Accordingly, in order to protect the rights of the publishers and writers affiliated with BMI, Derek Addams was authorized to visit Skyline Bar & Grill and make written reports of the music being publicly performed. Copies of Mr. Addams's Certified Infringement Reports are attached as Exhibit A. These reports include all of the compositions which are alleged in Plaintiffs' Complaint to have been performed.

12. BMI sent Grimoaldo A. Ruscito a letter via DHL on May 30, 2005, Anthony Ruscito, Sr. a letter via DHL on May 31, 2005, and Anthony Ruscito, Jr. a letter via DHL on June 10, 2005 advising of the investigation. The letters were delivered and signed for by a receptionist. There was no response.

13. All correspondence which I have indicated that BMI sent to the defendants by first-class mail was properly addressed, stamped and deposited in a U.S. mail receptacle by persons in BMI's employ.

4

14. Copies of the above correspondence are attached as Exhibit B.

15. Upon information and belief, the Defendants are still publicly performing music licensed by BMI at Skyline Bar & Grill and BMI has not received an executed license from the Defendants. Had the Defendants entered into an agreement, the annual license fee for Skyline Bar & Grill would have been approximately $2,702.00 for this year based upon music usage at a premises with a maximum allowable occupancy for the total premises of 280 and other factors as set forth in the applicable BMI license agreement. The estimated lost licensing revenue for the unlicensed period is $6,319.83.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _____, 2006

_____
LAWRENCE E. STEVENS

Sworn to before me on June 12, 2006

_____
NOTARY PUBLIC

Commission Expires
November 25, 2006

GAYLE BROWN
NOTARY
PUBLIC
AT
LARGE
DAVIDSON COUNTY, TN

# CERTIFIED INFRINGEMENT REPORT

Page: 1 of _5_

Log Date: Day of the Week _WEDNESDAY_ Month _APRIL_ Date _13 TH_ Year _2005_

Name of Establishment _SKY LINE BAR & GRILLE_

Address _305 VICTORIA RD._

City _Quincy_ State _MA._ Telephone Number ( _617_ ) _471-1453_

## ENTRY FEES

☐ Admission/Cover - Amount: $_____  ☐ Ticketed - Price: $_____  ☐ Minimum - Amount: $_____  ☑ None

---

## TYPE OF PERFORMANCE

☐ **Live**    ☐ **DJ**    ☑ **Karaoke**    ☐ **VJ**

Number of Performers/DJs: _2_          Name of Act: _RON TOWERS /STEVE MONTMAGNY_

| Description of Performers/DJs, etc. | Instrumentation/Vocal | M/F |
|---|---|---|
| _SHIRT SLACKS GOTE_ | _MC AND VOCALIST_ | _M_ |
| _T-SHIRT SLACKS_ | _MC AND VOCALIST_ | _M_ |
|  |  |  |
|  |  |  |
|  |  |  |

**Recorded Music: Source And Type Of Equipment Used** *NOTE: KARAOKE DJ SPUN DANCE TUNES FROM TIME TO TIME OVER THE MUSIC LOG TIME FRAME.*

☑ CDs   ☐ Tapes   ☐ Records   ☐ Internet Source   ☐ Music Service: _____ (If Known)

☐ DVD   ☐ Video Tapes   ☐ Radio   ☐ Satellite Radio   ☐ Other: _____

☑ TV Monitors _2 APPROX 20"_ (# & Size)     ☑ Large Screen TVs _1 FLAT SCREEN APPROX #40"W_ (# & Size)

**Speakers:**

Type: ☐ Ceiling - Estimated # : _____   ☐ Box - Estimated #:_____   ☐ Other

Description of Equipment And/Or Speakers: _SPKS (EV'S COLUMN 2 OR 3 WAY) FULL RACK OF PROCESSING GEAR, KARAOKE MONITOR (VIDEO) MICS AND DISC PLAYER_

---

## Jukebox

Name Vender Co:_____   ☐ Coin Operated   ☐ Free Play   ☐ Both

Brand: _____   Model: _____   JLO Cert No:_____

Vender Phone: (____)_____   Date Issued:_____

Address: _____   Expiration Date:_____

---

*revised document - 9.27.02*

**Certified Infringement Report**

Name of Establishment: **Sky Line Bar**

TIME ENTERED PREMISES: **8:45** AM/**PM**     TIME LEFT PREMISES: **11:02** AM/**PM**

revised document - 9.27.02

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:01 | ✓ | | ✓ | | STAY ALL NITE (MALE, COUNTRY) | UNKNOWN | | | ✓ | | | | |
| 9:04 | ✓ | | ✓ | | HAPPY SONG | O. REDDING | | ✓ | | | | | |
| 9:08 | ✓✓ | | ✓✓ | | UP WHERE TO RUN TO | VANDELLA'S | | ✓ | | | | | |
| 9:12 | ✓ | | ✓ | | BLAME IT ON LOVE | SMOKEY ROBINSON | | ✓ | | | | | |
| 9:16 | ✓ | | ✓ | | CAN'T GET ENOUGH | B. WHITE | | ✓ | | | | | |
| 9:20 | ✓ | | ✓ | | I'LL BE SEEING YOU | D-TRAINS | | ✓ | | | | | |
| 9:24 | ✓ | | ✓ | | MARGARITAVILLE | J. BUFFET | | ✓ | | | | | |
| 9:29 | ✓ | | | | MONTINA | UNKNOWN | | ✓ | | | | | |
| 9:33 | ✓ | | ✓ | | DON'T BE CRUEL | ELVIS | | | ✓ | | | | |
| 9:37 | ✓ | | ✓ | | SUPER STAR | L. VANDROSS | | ✓ | | | | | |
| 9:41 | ✓ | | | | CELEBRATION | KOOL & GANG | | ✓ | | | | | |
| 9:45 | ✓ | | | | PUT YOUR BODY INTO IT | S MILLS | | | | ✓ | | | |
| 9:49 | ✓ | | | | DAY HEY, DAY | BAD FINGER | | | | ✓ | | | |
| 9:53 | ✓✓ | | | | MAKES YOU HAPPY | S. CROW | | | | ✓ | | | |
| 9:57 | ✓ | | | | LADY'S NITE | KOOL & GANG | | | ✓ | | | | |
| 10:01 | ✓ | | | | AFTER THE LOVIN | HUMPREDINK | | ✓ | | | | | |
| 10:04 | ✓ | | | | ON BORD AGAIN | W. NELSON | | ✓ | | | | | |
| 10:04 | ✓ | | | | MUSTANG SALLY | WILSON PICKET | | ✓ | | | | | |
| 10:08 | ✓✓ | | | | WHEN A MAN LOVES A WOMAN | P. SLEDGE | | ✓ | | | | | |
| 10:12 | ✓ | | | | HOUND DOG | ELVIS | | | ✓ | | | | |
| 10:17 | ✓✓ | | | | SEX MACHINE | J. BROWN | | ✓ | | | | | |
| 10:21 | ✓✓ | | | | NEW ATTITUDE | R.C. SUNSHINE BAND | | ✓ | | | | | |
| 10:25 | ✓✓ | | | | ALIVE | JEN LOPEZ | | ✓ | | | | | |
| 10:29 | ✓✓ | | | | | | | | | | | | |
| 10:33 | ✓✓ | | | | BELIEVE IN LOVE | CHER | | | ✓ | | | | |

KARAOKE → (9:01)
DJ → (9:04, 9:08, 9:12, 9:16, 9:20, 9:37, 9:41)
DF { (bottom rows)

Certified Infringement Report

Name of Establishment: Sky Line Bar & Grille

revised document - 9.27.02

Certified Infringement Report

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:37 | ✓ | | ✓ | | IN THIS WORLD | MOBY | | ✓ | | | | | |
| 10:41 | ✓ | | ✓ | | MISS YOU | ALIYAH | | ✓ | | | | | |
| 10:45 | ✓✓ | | ✓ | | DANCE WITH ME | UNKNOWN | | ✓ | | | | | |
| 10:48 | ✓ | | ✓ | | PARADISE | MEAT LOAF | | | ✓ | | | | |
| 10:56 | ✓ | | ✓ | | JUST A GIGALO | LOUIS ARMSTRONG | | | ✓ | | | | |
| 10:59 | ✓ | | ✓ | | LA BAMBA | R. VALENS | | | ✓ | | | | |
| 11:04 | ✓ | | ✓ | | BAMBER | K. ROGERS | | | ✓ | | | | |
| 11:08 | ✓ | | ✓ | | HOTEL CALIFORNIA | EAGLES | | | ✓ | | | | |
| 11:12 | ✓ | | ✓ | | U.S.S.R (BACK IN) | BEATLES | | | ✓ | | | | |
| 11:16 | ✓ | | ✓ | | YOU OUGHT A KNOW | MORISETTE | | | ✓ | | | | |
| 11:20 | ✓ | | ✓ | | I WILL SURVIVE | GAYNOR | | ✓ | | | | | |
| 11:24 | ✓ | | ✓ | | MY GIRL | TEMPTATIONS | | ✓ | | | | | |
| 11:28 | ✓ | | ✓ | | PIANO MAN | B. JOEL | | ✓ | | | | | |
| 11:32 | ✓ | | ✓ | | JUST THE WAY YOU ARE | B. JOEL | | ✓ | | | | | |
| 11:36 | ✓ | | ✓ | | SWEET CAROLINE | N. DIAMOND | | ✓ | | | | | |
| 11:40 | ✓ | | ✓ | | DANCE MIX (MEDLEY) | UNKNOWN | | ✓ | | | | | |
| 11:46 | ✓ | | ✓ | | WANTED DEAD OR ALIVE | BON JOVI | | | ✓ | | | | |
| 11:50 | ✓ | | ✓ | | DESPERADO | EAGLES | | ✓ | | | | | |
| 11:54 | ✓ | | ✓ | | CANDLES | BOYZ TOWN | | ✓ | | | | | |
| 11:58 | ✓ | | ✓ | | FORGET ABOUT IT | L LOEB | | ✓ | | | | | |
| 12:03 | ✓ | | ✓ | | LOVE SHACK | B-52'S | | ✓ | | | | | |
| 12:07 | ✓ | | ✓ | | CRAZY | P. CLINE | | ✓ | | | | | |
| 12:11 | ✓ | | ✓ | | ONLY LOVE | ETHRIDGE | | ✓ | | | | | |
| 12:15 | ✓ | | ✓ | | KILLING ME SOFTLY | R. FLACK | | ✓ | | | | | |

Name of Establishment: **SKYLINE BAR & GRILLE**

Page: 4 of 5

| TIME (AM/PM) | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DJ- 12:19 | ✓ | ✓ | ✓ | | FRIENDS IN LOW PLACES | GARTH BROOKS | | ✓ | | | | | |
| DJ- 12:23 | ✓ | ✓ | ✓ | | GET BUSY | W. SMITH | | ✓ | | | | | |
| 12:27 | ✓ | ✓ | ✓ | | MOMENT | CLARKSON | | ✓ | | | | | |
| 12:31 | ✓ | ✓ | ✓ | | WONDER FUL TONITE | E. CLAPTON | | ✓ | | | | | |
| 12:35 | ✓ | ✓ | ✓ | | | RICHMOND BROS. | | ✓ | | | | | |
| 12:39 | ✓ | ✓ | ✓ | | JOY TO WORLD | 3 DOG NITE | | ✓ | | | | | |
| 12:43 | ✓ | ✓ | ✓ | | SOME KINDA WONDERFUL | GRAND FUNK | | ✓ | | | | | |
| DJ- 12:47 | ✓ | ✓ | ✓ | | RIGHT PLACE WRONG TIME | J. RAELS | | ✓ | ✓ | | | | |
| DJ- 12:51 | ✓ | ✓ | ✓ | | BROWN EYED GIRL | V. MORRISON | | ✓ | ✓ | | | | |
| DJ- 12:54 | ✓ | ✓ | ✓ | | MY WAY | SINATRA | | ✓ | ✓ | | | | |
| 12:58 | ✓ | ✓ | ✓ | | DISCO - DANCE | UNKNOWN | | | | | | | |
| 1:02 | | | | ✓ | DJ MC CLOSES THE NITE WITH THANKS AND ANNOUNCEMENTS (EXIT - PREMESIS) | | | | | | | | |

revised document - 9.27.02

Certified Infringement Report

Page: *5* of *5*

**Name of Establishment:** *Sky Line Bar & Grille*

## DIAGRAM OF THE ESTABLISHMENT (INSIDE)*
*Indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.*



2nd Floor Dining Room (Closed)

KITCHEN AREA
SERVING STATIONS

TV
BAR
BAR
DRINK WAITSTAFF AREA

TABLES
TABLES
TABLES
TABLES

EXIT

SLIDING GLASS PARTITION
DECK AREA
TABLES

FLOOR SPK
DANCE FLOOR
FLAT SCREEN TV
FLOOR SPK
VIDEO MONITOR
DJ KARAOKE SETUP AREA

Entrance + Foyer

### DIAGRAM OF THE ESTABLISHMENT (OUTSIDE )



SIGN WOOD CARVED

ENTRANCE
DECK AREA

**ESTABLISHMENT SIZE**

☑ Posted Fire Occupancy:
*NOT VISIBLE LOW LIGHT*

☑ *Estimated Occupancy:
*120+*   *(IF NOT POSTED)

Estimated Size Of Crowd:
*65*

Approx Square Footage:
*20'w x 40'L*

Is Alcohol Served?
☑ YES   ☐ NO

Name and number on Liquor License, if visible:
*NOT VISIBLE LOW LITE*

**Was** Dancing permitted to Live, DJ, Karaoke or Recorded music?
☑ YES   ☐ NO

Type of décor, distinctive decorations, fixtures, establishments themes, game machines, or unusual occurences that evening:

*TILE + CARPET FLOORS*
*DROP CEILING, HARD WOOD*
*TRIM + BAR, ADJOINING*
*GLASS PATIO DOORS, SEP-*
*ARATE OUTSIDE SEATING*
*IN (DECK) FRAMED PICTURES,*
*WOOD CLAPBOARD SIDED*
*EXTERIOR, PORTAL WINDOWS*
*IN EXTERIOR ROOF PEAKS,*
*2ND FLOOR DINING ROOM*
*FLOOR SPK.*

I/We, *DEREK ADDAMS* _____ hereby certify, based upon my
    print name               print name

personal knowledge and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing information in this Report
is true and correct.

*Derek Addams*        *4/14/05*
    signature              today's date

_____      _____
    signature              today's date

*revised document - 9.27.02*

**Certified Infringement Report**

# CERTIFIED INFRINGEMENT REPORT

Page: 1 of _5_

Log Date: Day of the Week _THURSDAY_    Month _MAY_    Date _5TH_    Year _2005_

Name of Establishment _SKYLINE BAR & GRILLE_

Address _305 VICTORIA RD._

City _QUINCY_    State _MA._    Telephone Number ( _617_ ) _471-1453_

## ENTRY FEES

☐ Admission/Cover - Amount: $_____    ☑ Ticketed - Price: $ _5.00_    ☐ Minimum - Amount: $_____    ☐ None

## TYPE OF PERFORMANCE

☑ Live    ☐ DJ    ☐ Karaoke    ☐ VJ

Number of Performers/DJs: _6_    Name of Act: _NODDACLU (REGGAE)_

| Description of Performers/DJs, etc. | Instrumentation/Vocal | M/F |
|---|---|---|
| T-SHIRT 3 JACKS | BASS/VOCAL | M |
| COLORED SHIRT AND JEANS | GUITAR/VOCAL | M |
| DREADLOCKS, SHIRT, JEANS | GUITAR/VOCAL | M |
| T-SHIRT JEANS | KEYS/VOCAL | M |
| KNIT CAP DREADLOCKS, JEANS | SAX | M |
| T-SHIRT JEANS | DRUMS | M |

**Recorded Music: Source And Type Of Equipment Used** * _BAND EQUIPMENT, PLAYED CD'S BETWEEN SETS_ *

☑ CDs    ☐ Tapes    ☐ Records    ☐ Internet Source    ☐ Music Service: _____ (If Known)

☐ DVD    ☐ Video Tapes    ☐ Radio    ☐ Satellite Radio    ☐ Other: _____

☐ TV Monitors _____ # & Size    ☐ Large Screen TVs _____ # & Size

**Speakers:**

Type: ☐ Ceiling - Estimated # : _____    ☐ Box - Estimated #: _____    ☐ Other

Description of Equipment And/Or Speakers: _BAND EQUIPMENT : JBL SPKS (MAIN SYSTEM 4 ) 4 STAGE MONITORS, KORG KEYBOARDS, PROCESSING RACK (ELECTRONIC EFFECTS) FENDER GUITARS AND BASS, SAXAPHONE AND FULL DRUM KIT. STAGE LIGHTING. LARGE BANNER "PALM TREES, BEHIND BAND_

## Jukebox

Name Vender Co:_____    ☐ Coin Operated    ☐ Free Play    ☐ Both

Brand: _____    Model: _____    JLO Cert No:_____

Vender Phone: ( )_____    Date Issued:_____

Address: _____    Expiration Date:_____

revised document - 9.27.02    Certified Infringement Report

Name of Establishment: Sky Line Bar & Grille

TIME ENTERED PREMISES: 9:09 AM/PM    TIME LEFT PREMISES: 10:38 AM/PM

Page: 2 of 5

## SONG/SELECTION PERFORMED

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:11 | | ✓ | ✓ | | GET RIGHT | JLo2 | | | | ✓ | | | |
| 9:15 | | ✓ | ✓ | | ROBOT ROCK | UNKNOWN | | | | ✓ | | | |
| 9:18 | | ✓ | ✓ | | DON'T STOP (FEMALE) | UNKNOWN | | | | ✓ | | | |
| 9:22 | | ✓ | ✓ | | CATER TO YOU (FEMALE) | UNKNOWN | | | | ✓ | | | |
| 9:26 | | ✓ | ✓ | | RICH GIRL | G. STEPHANI | | | | ✓ | | | |
| 9:29 | | ✓ | ✓ | | JUST A LIL BIT | 50 CENT | | | | ✓ | | | |
| 9:33 | | ✓ | ✓ | | HOW WE DO | 50 CENT | | | ✓ | ✓ | | | |
| 9:37 | | ✓ | ✓ | | CRY TO ME | MARLEY | ✓ | | | | | | |
| 9:41 | | ✓ | ✓ | | GET UP | B. MARLEY | ✓ | | | | | | |
| 9:44 | | ✓ | ✓ | | I SHOT SHERIFF | B. MARLEY | ✓ | | | ✓ | | | |
| 9:48 | | ✓ | ✓ | | NOT THE WAY | 6 ISSUES | ✓ | | | | | | |
| 9:52 | | ✓ | ✓ | | STEP IN OUT | UNKNOWN | ✓ | | | | | | |
| 9:56 | | ✓ | ✓ | | NO MORE WATER | BURNIN SPEAR | ✓ | | | | | | |
| 9:59 | | ✓ | ✓ | | ME AGAIN | LUCIANO | ✓ | | | | | | |
| 10:04 | | ✓ | ✓ | | GET BUSY | SEAN PAUL | ✓ | | | | | | |
| 10:08 | | ✓ | ✓ | | SHOUT | SEAN PAUL | ✓ | | | | | | |
| 10:12 | | ✓ | ✓ | | TAKE A SIP | UNKNOWN | ✓ | | | | | | |
| 10:16 | | ✓ | ✓ | | QUESTIONS | HERITAGE | ✓ | | | | | | |
| 10:19 | | ✓ | ✓ | | LOVE POWER | UNKNOWN | ✓ | | | | | | |
| 10:23 | | ✓ | ✓ | | NOT THE WAY | 6 ISSUES | ✓ | | | | | | |
| 10:27 | | ✓ | ✓ | | CONFESSION | UNKNOWN | ✓ | | | | | | |
| 10:31 | ✓ | | ✓ | | CHAMPION | BANTON | ✓ | | | | | | |
| 10:34 | ✓ | | | | BAND BREAK | | | | | | | | |
| 10:35 | ✓ | ✓ | | | CORNER STONE | MARLEY | | | ✓ | ✓ | | | |

Certified Infringement Report

Name of Establishment: SKY LINE BAR & GRILLE

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | SONG/SELECTION PERFORMED Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:38 | | ✓ | ✓ | | MOCKINGBIRD | EMINEM | | | | ✓ | | | |
| 10:42 | | ✓ | ✓ | | DON'T YA (gimme more) | UNKNOWN | | | | ✓ | | | |
| 10:46 | | ✓ | ✓ | | HOW WE DOUBLE RANKS | UNKNOWN | ✓ | | | | | | |
| 10:49 | | ✓ | ✓ | | SO WHAT | | ✓ | | | | | | |
| 10:53 | | ✓ | ✓ | | NW | B. ISAACS | ✓ | | | | | | |
| 10:57 | | ✓ | ✓ | | | 50 CENT/OUTRE | ✓ | | | | | | |
| 11:03 | | ✓ | ✓ | | WANNA BE DOWN | BRANDY | ✓ | | | | | | |
| 11:03 | | ✓ | ✓ | | REAL RASTAMAN | LUCIANO | ✓ | | | | | | |
| 11:07 | | ✓ | ✓ | | ROLL RIVER Y | LUCIANO | ✓ | | | | | | |
| 11:11 | | ✓ | ✓ | | DOWN BY THE RIVER (bass ah) | UNKNOWN | ✓ | | | | | | |
| 11:15 | | ✓ | ✓ | | COOL YUH (reggae) | UNKNOWN | ✓ | | | | | | |
| 11:19 | | ✓ | ✓ | | PURE PEOPLE | UNKNOWN | ✓ | | | | | | |
| 11:23 | | ✓ | ✓ | | LION | BURNING SPEAR | ✓ | | | | | | |
| 11:27 | | ✓ | ✓ | | NO WOMAN NO CRY | B. MARLEY | ✓ | | | | | | |
| 11:31 | | ✓ | ✓ | | BE LOVED | UNKNOWN | ✓ | | | | | | |
| 11:35 | | ✓ | ✓ | | UNKNOWN | UNKNOWN | ✓ | | | | | | |
| 11:39 | | ✓ | ✓ | | KNOW YOUR PAST | | ✓ | | | | | | |
| 11:44 | | ✓ | ✓ | | MY NAME | S. PAUL | ✓ | | | | | | |
| 11:47 | | ✓ | ✓ | | STRANGER IN TOWN | HERITAGE | ✓ | | | | | | |
| 11:51 | | ✓ | ✓ | | BIG RIPPLE | PERRY LEE | ✓ | | | | | | |
| 11:54 | | ✓ | ✓ | | SEX (reggae) | G. ISAACS | ✓ | | | | | | |
| 11:58 | | ✓ | ✓ | | TIGHT ROPE (reggae) | UNKNOWN | ✓ | | | | | | |
| 12:02 | | ✓ | ✓ | | BABY BOY | S. PAUL | ✓ | | | | | | |
| 12:05 | | ✓ | ✓ | | HELPING HAND | HERITAGE | ✓ | | | | | | |
| 12:09 | | ✓ | ✓ | | BAD MAN | UNKNOWN | ✓ | | | | | | |

← PE SET being

(AM)

Name of Establishment: SKYLINE BAR + GRILLE

Page 4 of 5

revised document - 9.27.02

Certified Infringement Report

| TIME AM/PM | Announced | Unannounced | Vocal | Instrumental | Title | Artist | Live | DJ | Karaoke | CD | VJ | Radio/TV | Jukebox |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:12 | | | | | COME LIKE IT HOT | D. BROWN | | | | | | | |
| 12:13 | ✓ | | ✓ | | WHAT YA GONNA DO | P. TOSH | | | | ✓ | | | |
| 12:17 | ✓ | | ✓ | | NO SYMPATHY | P. TOSH | | | | ✓ | | | |
| 12:21 | ✓ | | ✓ | | SATISFY MY SOUL (MALE REGGAE) | UNKNOWN | | | | ✓ | | | |
| 12:24 | ✓ | | ✓ | | DON'T ROCK THE BOAT | O. MARLEY | | | | ✓ | | | |
| 12:28 | ✓ | | ✓ | | FREE YOUR SELF (FEMALE) | UNKNOWN | | | | ✓ | | | |
| 12:31 | ✓ | | ✓ | | CHEER UP | B. MARLEY | | | | ✓ | | | |
| 12:34 | ✓ | | ✓ | | | | | | | | | | |
| 12:38 | | | | | — 2ND LEVEL CLOSED, PATRONS USHERED TO THE GROUND LEVEL. BAR, I EXIT PREMESIS. | | | | | | | | |

CD'S LOADED

CD'S ↑

SONG/SELECTION PERFORMED

Page: 5 of 5

Name of Establishment: SKYLINE BAR & GRILLE

| DIAGRAM OF THE ESTABLISHMENT (INSIDE)* | ESTABLISHMENT SIZE |
|---|---|

*Indicate/include the location of the dance floor, stage, tables and chairs, bar, musical equipment, etc.

* INSPECT THE DIAGRAM FOR PROXIMITY *

APPROX 30'W



GLASS WINDOWS

* OCCUPIED BY PATRONS

TABLES

PATIO (ENCLOSED) TABLES

TABLES

FOYER AREA

WALL

TABLES

TABLES

TABLES

┌ CEILING SUPPORTS

RESTROOM

WALL

MIRROR/RESTROOM

DANCE FLOOR

STAGE AREA

LIGHTS

TABLES

TABLES

TABLES

PARTITION

KITCHEN

PLANTS

MIRROR SLIDES

WALL

APPROX· 60'L

MIRROR WALL

BAR

STAIRWAY UP TO 2ND.FL.

**ESTABLISHMENT SIZE**

☑ Posted Fire Occupancy: NOT VISIBLE LOW LITE

☑ Estimated Occupancy: 120 +    *(IF NOT POSTED)

Estimated Occupancy of Crowd:
LEVEL 1 - 75
LEVEL 2 - 100

Approx Square Footage: 2ND. FL
60'L X 30'W

Is Alcohol Served?
☑ YES   ☐ NO

Name and number on Liquor License, if visible:
NOT VISIBLE

**Was** Dancing permitted to Live, DJ, Karaoke or Recorded music?
☑ YES   ☐ NO

Type of décor, distinctive decorations, fixtures, establishments themes, game machines, or unusual occurences that 2ND. LEVEL evening:
PLANTS, MIRRORED WALL HANGING MIRROR, LARGE HANGING STONE CARVED PICTURE (ABSTRACT) CEILING FANS, CATHEDRAL CEILINGS, GLASSED IN PATIO, TILE FLOOR AND CARPETING, BAND SET UP ON THE FLOOR BY THE BANQUET KITCHEN AREA. STAGE LIGHTING PROVIDED BY BAND, LARGE BANNER HUNG.

| DIAGRAM OF THE ESTABLISHMENT (OUTSIDE ) |
|---|



SIGN WOOD CARVED

ENTRANCE

DECOR AREA

I/We, DEREK ADDAMS,
_____ hereby certify, based upon my
   print name          print name

personal knowledge and under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing information in this Report is true and correct.

Derek Addams          5/6/05
signature              today's date

_____          _____
signature              today's date



February 16, 2004

Anthony Ruscito
Skyline
305 Victory Road
Marina Bay MA  02171

Dear Mr. Ruscito:

There are many licenses you must obtain when operating a business.  One that you may not know about is the license you must secure from songwriters, composers, and publishers to perform their music publicly under the United States copyright law.

As a businessperson using music to enhance the atmosphere in your restaurant or nightclub, you'll realize that obtaining individual licenses to perform every song you use would be an expensive and time-consuming process.

Representing more than 1 out of every 2 songs performed on American radio today, BMI is the largest, non-profit making organization recognized under the U.S. copyright law to license the public performances of musical works.  BMI can grant you the right to publicly perform the music of more than 300,000 songwriters, composers, and publishers through one simplified agreement and one annual fee.  Over eighty-three cents of every dollar of your fee goes directly to the BMI songwriters, composers, and publishers whose music you are performing.

Our BMI Music License was designed with input from your industry associations and actual customers to fit the way you use music in your business.  By basing our fee structure on the intensity and frequency of your music use, you are guaranteed to only pay for the music you play.

We've enclosed a new BMI Music License for your review along with a brochure written by the Better Business Bureau that describes how BMI can assist you in obtaining legal access to the  more  than  6.5  million  musical works in the BMI repertoire.  Once you've had a chance to review the agreement, please sign and return it in the envelope provided.

**If we receive your payment with your signed music license within 30 days, you will receive a 10% discount off your annual fee.  In addition, some state or national trade associations have discount agreements with BMI.  Contact your association to see if you qualify for one association discount only.**

If you have questions, please call BMI at 1-888-689-5264, 9 a.m. to 5 p.m. (Central Time) Monday through Friday.  For a list of all the BMI affiliated songwriters, composers, and publishers and the music included under this agreement, please visit our World Wide Web site on the Internet at http://www.bmi.com.

Sincerely,

Michele A. Reynolds
Assistant Vice President
General Licensing

Enclosures: EDE Music License 02/04, BRE, BBB
Premise State:  MA



February 26, 2004

Donald Orkin
Skyline
Donald Orkin
114 Page Ste 7
Stoughton MA  02027

Dear Mr. Orkin:

Enclosed is the information regarding music licensing that you requested for your attorney's review.

To summarize so that you better understand your responsibilities as a business owner who uses music, U.S. Copyright Law (Title 17, U.S. Code) grants the creators of music exclusive performing rights and requires anyone using copyrighted music in a public place to obtain permission of the copyright holders.  In all, BMI represents the performing rights of more than 300,000 songwriters, composers and publishers.  Through music performance agreements, we grant music users blanket permission to use the  more  than  6.5  million songs in our repertoire.

I'm sure that once your attorney has read these materials and reviewed BMI's license, he or she will be happy to clarify your obligations as a business owner who uses music.

If you have any questions, please feel free to call BMI at 1-888-689-5264.

Sincerely,

Marsha Williams
Senior Director
General Licensing

Enclosures:  EDE Music License, Legal Aspects, BBB, BRE
3323115502596/ 02/04/Premise State:  MA



April 16, 2004

Donald Orkin
Skyline
Donald Orkin
378 Page ST  Ste 14
Stoughton MA  02072

Dear Mr. Orkin:

Enclosed is the information regarding music licensing that you requested for your attorney's review.

To summarize so that you better understand your responsibilities as a business owner who uses music, U.S. Copyright Law (Title 17, U.S. Code) grants the creators of music exclusive performing rights and requires anyone using copyrighted music in a public place to obtain permission of the copyright holders.  In all, BMI represents the performing rights of more than 300,000 songwriters, composers and publishers.  Through music performance agreements, we grant music users blanket permission to use the  more  than  6.5  million songs in our repertoire.

I'm sure that once your attorney has read these materials and reviewed BMI's license, he or she will be happy to clarify your obligations as a business owner who uses music.

If you have any questions, please feel free to call BMI at 1-888-689-5264.

Sincerely,

Marsha Williams
Senior Director
General Licensing

Enclosures:  EDE Music License, Legal Aspects, BBB, BRE
3323115502596/ 02/04/Premise State:  MA



April 28, 2004

Donald Orkin
Skyline
Donald Orkin
378 Page ST  Ste 14
Stoughton MA  02072

Dear Mr. Orkin:

After repeated efforts to resolve this matter by phone, I recently visited your establishment to speak with you personally about licensing the BMI music that is used in your establishment.  Though you were not available, I was able to reaffirm your need for a license and subsequently left a BMI Music License for your completion.  I anticipated that the agreement would be returned with the appropriate payment.

The purpose of this follow up letter is to make it clear that we need to bring closure to this very important issue now.  Please complete and return the License Agreement, along with your fee, in the enclosed postage paid envelope.  If you have any questions about BMI or licensing the performances of copyrighted music under the U.S. copyright law, please contact me at  1-888-689-5264.

Thank you for your prompt attention to this matter.

Sincerely,

Scot Whitaker
Licensing Executive
General Licensing

Enclosures:  EDE Music License, BRE
3323115502596/02/04/Premise State: MA



May 12, 2004

Anthony Ruscito
Skyline
Donald Orkin
378 Page ST  Ste 14
Stoughton MA  02072


Dear Mr. Ruscito:

Enclosed is the information regarding music licensing that you requested for your attorney's review.

To summarize so that you better understand your responsibilities as a business owner who uses music, U.S. Copyright Law (Title 17, U.S. Code) grants the creators of music exclusive performing rights and requires anyone using copyrighted music in a public place to obtain permission of the copyright holders.  In all, BMI represents the performing rights of more than 300,000 songwriters, composers and publishers.  Through music performance agreements, we grant music users blanket permission to use the  more  than  6.5  million songs in our repertoire.

I'm sure that once your attorney has read these materials and reviewed BMI's license, he or she will be happy to clarify your obligations as a business owner who uses music.

If you have any questions, please feel free to call BMI at 1-888-689-5264.

Sincerely,

Marsha Williams
Senior Director
General Licensing


Enclosures:  EDE Music License, Legal Aspects, BBB, BRE
3323115502596/ 02/04/Premise State:  MA



May 21, 2004

Anthony Ruscito
Skyline
Donald Orkin
378 Page ST  Ste 14
Stoughton MA  02072

# Why Should You Sign The Enclosed Music License?

• BMI represents more than 300,000 copyright owners.  Our songwriters and composers are essentially small business owners.  They write the music you use in your business;

• A BMI Music License provides your business with copyright clearance from these songwriters and composers, as well as their publishers, as required by U.S. copyright law.  This saves you the time and expense of securing permission from every copyright owner yourself;

• A BMI Music License provides you access to an award-winning catalog of  more  than  6.5  million musical works (roughly half of all the music performed in America) in all styles of music through just one agreement;

• BMI operates on a non-profit basis distributing all music licensing fees, less operating expenses, back to our affiliated copyright owners.  Currently, eighty-four cents out of every dollar of your music licensing fee is paid to our affiliated songwriters, composers, and music publishers;

• Licensing is the right thing to do.  Otherwise, you will be using someone else's property without their permission.

# 2 Important Facts You Should Know About Songwriters

• Many times *the creator of the work is different than the artist* performing the work and is not well known (For instance, did you know that Aaron Barker is the *songwriter* behind many of the songs George Strait performs?).  An easy way to check this is to visit our list of songwriters and composers at www.bmi.com .  A BMI Music License ensures that the *creator of the work* will be paid.

• Most songwriters and composers work for years at writing songs before they make one dime and whatever they earn must cover years of unpaid hard work.

For more information about music licensing and copyright clearance, you may also find the following sites helpful:  (1) Better Business Bureau – http://www.bbb.org (2) United States Copyright Office - http://www.copyright.gov (BMI is recognized in Title 17 as a performing right organization under *Section 101 Definitions: Performing Rights Societies).*

**Please call BMI at (888) 689-5264  if you have any questions.**

3323115502596/

 10 Music Square East, Nashville, Tennessee  37203-4399          (888) 689-5264          Fax: (615) 401-2829          BRIDGE.doc
® BMI and the Music Stand symbol are registered trademarks of Broadcast Music, Inc.



August 5, 2004

Anthony Ruscito Jr.
Skyline
Donald Orkin
378 Page ST Ste 14
Stoughton MA 02072

Dear Mr. Ruscito Jr.:

In recent weeks we have made numerous attempts to contact you concerning your rights and responsibilities as someone who plays BMI copyrighted music in a business. Unfortunately, we have been unable to reach an agreement regarding licensing your business.

Please understand, the U.S. Copyright Law recognizes music as the property of its creator(s) and grants them the exclusive right to perform their music in public (such as in a business). Anyone else wishing to play music in a business must first receive permission from the music's owners. As a performing rights organization, BMI serves as a representative of more than 300,000 songwriters, composers and publishers. We grant businesses legal access to more than 6.5 million musical works through a single music performance agreement.

BMI strives to work with those who play music in their business and to make it easy for them to comply with the law. However, we are dedicated to protecting the rights of our affiliates.

To resolve this matter quickly, please return the completed BMI Music Performance Agreement, with the appropriate remittance, in the postage-paid envelope provided. If you have any questions, please contact BMI at 1-888-689-5264 9 a.m. to 5 p.m. (Central Time), Monday through Friday.

Sincerely,

Marsha Williams
Senior Director
General Licensing

Enclosures: EDE Music License, BRE
3323115502596/02/04/Premise State: MA





September 17, 2004

Anthony Ruscito Jr.
Skyline
Donald Orkin
378 Page ST  Ste 14
Stoughton MA  02072

Dear Mr. Ruscito Jr.:

After repeated efforts to resolve this matter by phone, I recently visited your establishment to speak with you personally about licensing the BMI music that is used in your establishment. Though you were not available, I was able to reaffirm your need for a license and subsequently left a BMI Music License for your completion. I anticipated that the agreement would be returned with the appropriate payment.

The purpose of this follow up letter is to make it clear that we need to bring closure to this very important issue now. Please complete and return the License Agreement, along with your fee, in the enclosed postage paid envelope. If you have any questions about BMI or licensing the performances of copyrighted music under the U.S. copyright law, please contact me at  1-888-689-5264.

Thank you for your prompt attention to this matter.

Sincerely,

Scot Whitaker
Licensing Executive
General Licensing

Enclosures:  EDE Music License, BRE
3323115502596/02/04/Premise State: MA

10 Music Square East, Nashville, Tennessee  37203-4399        (888) 689-5264        Fax:  (615) 401-2829        ODEDLFTY.doc
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.



September 27, 2004

Anthony Ruscito Jr.
Skyline
305 Victory Road
Marina Bay MA  02171

Dear Mr. Ruscito Jr.:

I'm the Licensing Executive at BMI assigned to helping you with your music licensing needs. While I'm happy to provide you with my services and offer any assistance, I have been unable to elicit your cooperation in resolving this matter.  Unfortunately, this must be my last attempt to do so.

You can easily meet your obligations under the U.S. copyright law by signing the enclosed BMI Music License designed specifically for Eating & Drinking Establishments.  The fee structure of this new license assures you that you will only pay for the BMI music you play. Before turning down this offer, please remember that this is how songwriters earn their living and without the expressed written consent of the copyright owners, continued performance of BMI music is unauthorized.

This matter should receive your immediate attention.  I urge you to complete, sign and return the enclosed BMI Music License today, along with the appropriate payment.

This is my last contact with you before I turn your file over to my supervisor for review. Should you still have questions regarding this matter, please contact me at 1-888-689-5264.

Sincerely,

Scot Whitaker
Licensing Executive
General Licensing

Enclosures:  EDE Music License, BRE
3323115502596/02/04/Premise State: MA



October 5, 2004

Anthony Ruscito Jr.
Skyline
305 Victory Road
Marina Bay MA 02171

RE:    Skyline
       BMI Music License

Dear Mr. Ruscito Jr.:

Your file has come to my attention for review.

I note that our office has a long history of repeated contact with you regarding the necessity of signing a BMI Music License. In correspondence directed to you on numerous occasions, the need for such a license was clearly stated and every effort has been made to resolve the matter amicably, but without success.

I also note from your file that you have been contacted on more than one occasion by a representative of BMI. In spite of our efforts, however, we have still not received the license from you nor any explaination for the delay.

The choice is now entirely up to you. If we are still without the completed license (enclosed), after 15 days from the date of this letter, I will be forced to consider whatever action appropriate to protect the interests of our songwriters, composers, and publishers.

Please feel free to contact me at this office if you have any questions regarding this matter.

Sincerely,

Cleve Murphy
Assistant Vice President
General Licensing

Enclosures: EDE Music License, BRE
3323115502596/02/04/Premise State: MA

 10 Music Square East, Nashville, Tennessee 37203-4399    (888) 689-5264    Fax: (615) 401-2829    CMDMD.doc
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.



November 3, 2004

Anthony Ruscito Jr.
Skyline
305 Victory Road
Marina Bay MA  02171

Re:  Music License

Dear Mr. Ruscito Jr.:

Several weeks ago BMI sent a letter to you informing you of your need to sign and return BMI's Music License.

The purpose of this follow-up letter is to make it clear to you that we need to address this matter now.  Please use the self-addressed envelope to return the enclosed License Agreement along with the appropriate annual fee.

If you have made the decision not to sign and return the enclosed Agreement, please complete and return the form below.  Your response will help us bring closure to this very important matter.

Please be assured of our commitment to our affiliates and that the continued use of BMI licensed music without permission will leave me no alternative other than to refer this matter to our attorneys.  If you have any questions, please call me at 1-800-925-8451 .

Very truly yours,



William Bird
Director
General Licensing

Enclosures:  EDE1 Music License, Legal Aspects, BRE
02/04/Premise State:  MA

=================================================================
Re:   Ruscito Equity Corpo              Account ID#:  3323115502596

[ ]   I have decided not to sign BMI's Music License.

[ ]   I have already signed and returned BMI's License.

_____        _____
                Signature                                    Date

10 Music Square East, Nashville, Tennessee  37203-4399          (800) 925-8451        Fax:  (615) 401-2829        Bbdmld.doc
® BMI and the Musicstand symbol are registered trademarks of Broadcast Music, Inc.



Lawrence E. Stevens
Assistant Vice President
General Licensing

November 24, 2004

Anthony Ruscito Jr.
Skyline
305 Victory Road
Marina Bay, MA 02171

Re: Ruscito Equity Corporation

Dear Mr. Ruscito Jr.:

I note that BMI has been contacting you for some time regarding the necessity of signing a BMI Music License for your establishment(s). In correspondence and phone calls directed to you on numerous occasions, the need for such a License was clearly stated. Every effort has been made to resolve the matter amicably, but without success.

On November 3, 2004, a letter was mailed to your attention along with a License reflecting your music usage fee of $2,156.00 for the period of 02/01/2004 to 01/31/2005 only. This fee does not include all other unlicensed periods in which you were using music.

Copyright Infringement is a serious offense. It is imperative that you give this your immediate attention. I have again enclosed a BMI Music License. Your failure to complete, sign and return the License along with the total remittance due within five (5) days, will leave me no alternative other than to refer this matter to our attorneys.

Should you have any questions, please call 1-800-925-8451.

Very Truly Yours,

Lawrence E. Stevens
Assistant Vice President
General Licensing

Enclosure: EDE1 Music License, BRE
3323115502596/Premise State: MA



December 16, 2004

Anthony Ruscito Jr.
Skyline
305 Victory Road
Marina Bay MA  02171                                      DHL

Dear Mr. Ruscito Jr.:

I am an attorney in BMI's licensing department.  Your business or organization is not currently licensed to publicly perform music from the BMI repertoire.  BMI operates on a non-profit basis and represents songwriters, composers and publishers.  It is part of our responsibility in that regard to protect their copyrighted works from unlawful use without appropriate authorization.  Your BMI representative has contacted your business or organization several times in an effort to secure a license.  As of today, our records indicate that we have not received your signed agreement.  If you have already returned your signed BMI license, or otherwise secured permission to perform BMI affiliated music, please contact this office immediately at 1-877-264-2138.

We are enclosing another License Agreement for your completion and signature.  If you have questions or need assistance completing this document, please call me.

If we do not receive a completed license agreement, or a response to this letter indicating that you have otherwise licensed your BMI music, you should discontinue the public performance of music in the BMI repertory.  This is to advise you that any unlicensed performance of BMI-affiliated music may result in substantial damages under the Federal Copyright Law.

Sincerely,

William Grothe
Senior Director
General Licensing

Enclosures:  EDE1 Music License, Legal Aspects, BRE
/3323115502596/Premise State:  MA



© DHL | Privacy Policy | Contact Us | Site Map | DHL Global/Corporate Information | Home

# BMI®

December 27, 2004

Anthony Ruscito Jr.
Skyline
305 Victory Road
Marina Bay, MA  02171

**DHL**

Dear Mr. Ruscito Jr.:

As you have not responded to our correspondence and in the absence of a license agreement with BMI, this shall serve as formal notice to you that effective this date, you must cease all use of BMI licensed music in your business or organization.  The continued use of music in the BMI repertoire without authorization will result in copyright infringement.  Copyright infringement is a violation of federal law.  Copyright infringement may subject you to substantial damages.  BMI is prepared to take whatever action may be necessary to protect the right of its composers and publishers.  Refer any questions regarding this matter to (888) 689-5264.

Very truly yours,

Lawrence E. Stevens
Assistant Vice President
General Licensing

LS /EDE1





TRACKING RESULTS: DETAIL

Tracking Number:    16646670272

**Shipment Summary:**

Current Status:     Shipment delivered.
Delivered on:       12/29/04  11:40 am
Delivered to:       Receptionist
Signed for by:      C MCKAY                                                Ge

**Shipment History:**

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|------|------|----------------------|----------|
| 12/29/04 | 11:40 am | Shipment delivered. Picked Up by DHL. | |

**Shipper:**                          **Receiver:**

B M I                                 SKYLINE
Nashville, TN 37203                   Marina Bay, MA  02171
United States                         United States

**Shipment Detail:**

| | | | |
|---|---|---|---|
| Service: | 2nd day | Ship Type: | Package |
| Special: | | Description: | |
| Weight: | 1 | Shipper's Reference: | 31 |
| Pieces: | 1 | | |

[ ▶ New Search ]    [ ▶ Get Signature P.O.D. ]

- ✦ Tracking detail provided by DHL: 3/15/2005, 8:21:37 am pt.
- ✦ For assistance, please contact us.
- ✦ You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
  use of DHL tracking systems and information is strictly prohibited.

© DHL  |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global/Corporate Information  |  Home



Lawrence E. Stevens
Assistant Vice President
General Licensing

March 2, 2005

Anthony Ruscito Sr.
Skyline Bar and Grill
305 Victory Road
North Quincy, MA  02171

RE:    Skyline Bar and Grill

Dear Mr. Ruscito Sr.:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Lawrence E. Stevens

3323115502596/BB

# BMI®

May 26, 2005

Grimoaldo A. Ruscito
Skyline Bar and Grille
305 Victory Road                                    **VIA DHL**
Quincy, MA 02171

RE: Music License

Dear Mr. Ruscito:

I am providing you with a copy of all of the pertinent letters sent to your establishment, and a
BMI License. We remain ready to furnish you a license at fair rates.

I am also enclosing the following brochures: the Better Business Bureau's Music in the
Marketplace, Music use in Eating and Drinking Establishments Q&A, and The Legal Aspects of
Performing Copyrighted Music.

You may still obtain necessary permission to perform BMI licensed music by completing,
signing and returning the enclosed license agreement form together with payment of fee within
five days of receipt of this letter.

Your failure to return the signed agreement within the stated time will leave us with no
alternative other than to consider whatever action appropriate for the protection of our rights.

Sincerely,

Lawrence E. Stevens
Assistant Vice President
General Licensing

Enclosures: MPA, BRE, BBB, EDE Q&A, Legal Aspects. Letters dated: 2/16/04, 2/26/04,
4/16/04, 4/28/04, 5/12/04, 5/21/04, 8/5/04, 9/17/04, 9/27/04, 10/5/04, 11/3/04, 11/24/04,
12/16/04, 12/27/04, 3/2/05.

LS/dy

10 Music Square East, Nashville, Tennessee  37203-4399          (800) 925-8451     Fax: (615) 401-2829          P-Copy.doc
® BMI and the Musicstand symbol are registered trademarks of Broadcast
Music, Inc.



| Ship | **Track** | Services | About DHL | Help |

DHL USA Hom



# Track results detail

## Tracking results detail for 26445893751

### Tracking summary

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service

| | | |
|---|---|---|
| Current Status | ✓ **Shipment delivered.** | View Signature |
| Delivered on | 5/27/2005  11:00 am | |
| Delivered to | Receptionist | |
| Signed for by | E TWEETED    What is this? | |

## Log in to DHL

User ID [_____]

Password [_____]

☐ Remember my User ID

Log in ▶

▸ Forgot your Password?

### Tracking history

| Date and Time | Status | Location |
|---|---|---|
| 5/27/2005 11:00 am | Shipment delivered. | Boston, MA |
| 7:25 am | Arrived at DHL facility. | Boston, MA |
| 5/26/2005 5:41 pm | Departing origin. | Nashville, TN |
| 4:46 pm | Picked Up by DHL. | Shipper's Door |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| B M I | SKYLINE BAR AND GRILLE | Ship date: 5/26/2005 |
| Nashville, TN  37203 | Quincy, MA  02171 | Pieces: 1 |
| United States | United States | Total weight: 1 lb |
| | | Ship Type: Letter Exp |
| Attention: | Attention: | Shipment Reference: |
| B M I | SKYLINE BAR AND GRILLE | Service: Next Day AM |
| | | Special Service: |
| | | Description: |

Tracking detail provided by DHL: 5/31/2005, 8:02:17 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

### New to DHL?

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▸ Register Now

### Questions?

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.

DHL: Get delivery signature detail                                    Page 1 of 1

Conta

                    Ship | **Track** | Services | About DHL | Help

DHL USA Hom



# Delivery Signature Detail

**Track**

▸ Track by number
▸ Track by reference
▸ **Get delivery signature**
▸ Track DHL Same Day service

Tracking Delivery Signature details...Tracking
Number 26445893751                                    ▸ Help     **New to DHL?**

**Tracking summary**                                              Registration is
                                                                  And as a regist
Current Status      ✔ **Shipment Delivered**                      have access to
                                                                  tools to help yo
Delivered on        5/27/05  11:00 am                             packages easil
                                                                  ▸ Register Now
Delivered to        Receptionist

Signed for by       **E TWEETED**          Help me with the signed by codes

**Signature**

## Log in to DHL

User ID     [          ]
Password    [          ]
☐ Remember my User ID

                    Log in  ▸
▸ Forgot your Password?

**RECEIVED IN GOOD ORDER EXCEPT AS NOTED**

**Receiver Information**

SKYLINE BAR AND GRILLE
Quincy, MA  02171
United States

Tracking detail provided by DHL: 5/31/2005 8:07:30 AM

**View Tracking Detail**    **E-mail Delivery Signature**    **Track new shipment** 

You are authorized to use DHL tracking systems solely to track shipments
tendered by or for you to DHL. Any other use of DHL tracking systems and
information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.

# BMI®

May 26, 2005

Anthony Ruscito Sr.
Skyline Bar and Grille
305 Victory Road                                    **VIA DHL**
Quincy, MA 02171

RE: Music License

Dear Mr. Ruscito Sr.:

I am providing you with a copy of all of the pertinent letters sent to your establishment, and a BMI License. We remain ready to furnish you a license at fair rates.

I am also enclosing the following brochures: the Better Business Bureau's Music in the Marketplace, Music use in Eating and Drinking Establishments Q&A, and The Legal Aspects of Performing Copyrighted Music.

You may still obtain necessary permission to perform BMI licensed music by completing, signing and returning the enclosed license agreement form together with payment of fee within five days of receipt of this letter.

Your failure to return the signed agreement within the stated time will leave us with no alternative other than to consider whatever action appropriate for the protection of our rights.

Sincerely,

Lawrence E. Stevens
Assistant Vice President
General Licensing

Enclosures: MPA, BRE, BBB, EDE Q&A, Legal Aspects. Letters dated: 2/16/04, 2/26/04, 4/16/04, 4/28/04, 5/12/04, 5/21/04, 8/5/04, 9/17/04, 9/27/04, 10/5/04, 11/3/04, 11/24/04, 12/16/04, 12/27/04, 3/2/05.

LS/dy

DHL: Track (By number) Detail

Cont:




| Ship | **Track** | Services | About DHL | Help |

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service

# Track results detail

## Tracking results detail for 26445943156

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ **Shipment delivered.** | View Signature |
| Delivered on | 5/27/2005 11:00 am | |
| Delivered to | Receptionist | |
| Signed for by | E TWEETED | What is this? |

## Tracking history

| Date and Time | Status | Location |
|---|---|---|
| 5/27/2005 11:00 am 7:25 am | Shipment delivered. Arrived at DHL facility. | Boston, MA Boston, MA |
| 5/26/2005 5:41 pm 4:46 pm | Departing origin. Picked Up by DHL. | Nashville, TN Shipper's Door |

**Log in to DHL**

User ID [ ]
Password [ ]
☐ Remember my User ID

Log in ▶

▸ Forgot your Password?

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| B M I | SKYLINE BAR AND GRILLE | Ship date: 5/26/2005 |
| Nashville, TN 37203 | Quincy, MA 02171 | Pieces: 1 |
| United States | United States | Total weight: 1 lb |
| | | Ship Type: Letter Exp |
| Attention: | Attention: | Shipment Reference: |
| B M I | SKYLINE BAR AND GRILLE | Service: Next Day AM |
| | | Special Service: |
| | | Description: |

Tracking detail provided by DHL: 5/31/2005, 8:20:55 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.

DHL: Get delivery signature detail                                    Page 1 of 1

Conta

          Ship    **Track**    Services    About DHL    Help

DHL USA Hom



# Delivery Signature Detail

**Track**

▸ Track by number
▸ Track by reference
▸ **Get delivery signature**
▸ Track DHL Same Day service

Tracking Delivery Signature details...Tracking
Number 26445943156

▸ Help

**New to DHL?**

Registration is
And as a regist
have access to
tools to help yo
packages easil
▸ Register Now

**Tracking summary**

Current Status        ✔ **Shipment Delivered**

Delivered on         5/27/05  11:00 am

Delivered to         Receptionist

Signed for by        **E TWEETED**              Help me with the signed by codes

**Log in to DHL**

User ID      [                    ]

Password    [                    ]

☐  Remember my User ID

Log in 

▸ Forgot your Password?

**Signature**



**RECEIVED IN GOOD ORDER EXCEPT AS NOTED**

**Receiver Information**

SKYLINE BAR AND GRILLE
Quincy, MA  02171
United States

Tracking detail provided by DHL: 5/31/2005 8:21:19 AM

View Tracking
Detail ▶

E-mail Delivery
Signature ▶

Track new
shipment ▶

You are authorized to use DHL tracking systems solely to track shipments
tendered by or for you to DHL. Any other use of DHL tracking systems and
information is strictly prohibited.

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.



Lawrence E. Stevens
Assistant Vice President
General Licensing

May 30, 2005

Grimoaldo A. Ruscito
Skyline Bar and Grille
305 Victory Road                                    DHL
Quincy MA  02171

Re: Skyline Bar and Grille

Dear Mr. Ruscito:

This is to notify you that infringement of BMI copyright controlled music recently occurred in your establishment and was noted by our Music Researcher.  Said infringement is in violation of the rights granted copyright owners under the copyright law of the United States.  You had previously been advised that we would not permit the unauthorized use of the music we control within your establishment.

We have provided you with all the pertinent information and request that you obtain a license to permit the public performance of BMI copyrighted music in your establishment.  We remain ready to furnish you a license at equitable rates.  The fees below cover all unlicensed periods for your business.  In addition to the license fees, Music Researcher fees have been incurred.

**PERIOD & FEE**

2/1/04 - 1/31/05 = $2,562.00

2/1/05 - 1/31/06 = $2,632.00

Music Researcher Costs        $468.00

TOTAL:        $5,662.00

In order to resolve this issue at this time, the enclosed Music License Agreement must be completed, signed and returned along with a payment for all outstanding fees within 5 days from the date of this letter.  Should you fail to return the completed and signed Agreement with full payment by that date, you will leave me with no alternative other than to refer this matter to our attorneys for whatever action they deem necessary.

Sincerely,

Lawrence E. Stevens

Encl:  EDE1 MPA , Legal Aspects, WDYMLFG?, BRE
3323115502596/DY/Premise State: MA

BMI²  10 Music Square East, Nashville, Tennessee  37203-4399        (800) 925-8451        Fax:  (615) 401-2861        8DMD05.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.

DHL: Track (By number) Detail

Conta



| Ship | **Track** | Services | About DHL | Help |

DHL USA Hom



# Track results detail

## Tracking results detail for 16647487570

### Tracking summary

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service

| | | |
|---|---|---|
| Current Status | ✓ **Shipment delivered.** | View Signature |
| Delivered on | 6/2/2005  3:36 pm | |
| Delivered to | Receptionist | |
| Signed for by | R MCCAY    What is this? | |

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▸ Forgot your Password?

### Tracking history

| Date and Time | Status | Location |
|---|---|---|
| 6/2/2005 3:36 pm | Shipment delivered. | Boston, MA |
| 8:10 am | Arrived at DHL facility. | Boston, MA |
| 6/1/2005 11:35 pm | Transit through sort facility. | Wilmington, OH |
| 5/31/2005 5:38 pm | Departing origin. | Nashville, TN |
| 4:53 pm | Picked Up by DHL. | Shipper's Door |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| B M I | SKYLINE BAR AND GRILLE | Ship date: 5/31/2005 |
| Nashville, TN  37203 | Quincy, MA  02171 | Pieces: 1 |
| United States | United States | Total weight: 1 lb |
| | | Ship Type: Letter Expr |

| Attention: | Attention: | Shipment Reference: |
|---|---|---|
| B M I | SKYLINE BAR AND GRILLE | Service: 2nd day |
| | | Special Service: |
| | | Description: |

Tracking detail provided by DHL: 6/2/2005, 2:26:34 pm pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to E
use of DHL tracking systems and information is strictly prohibited.

### New to DHL?

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▸ Register Now

### Questions?

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.

DHL: Get delivery signature detail



| Ship | **Track** | Services | About DHL | Help |

DHL USA Hom



# Delivery Signature Detail

**Track**

▶ Track by number
▶ Track by reference
▶ **Get delivery signature**
▶ Track DHL Same Day service

Tracking Delivery Signature details...Tracking Number 16647487570

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 6/2/05 3:36 pm |
| Delivered to | Receptionist |
| Signed for by | R MCCAY |

▶ Help

Help me with the signed by codes

New to DHL?

Registration is
And as a regist
have access to
tools to help yo
packages easil
▶ Register Now

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

**Signature**

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

**Receiver Information**

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 6/2/2005 2:26:57 PM

View Tracking ▶    E-mail Delivery ▶    Track new ▶
Detail                Signature              shipment

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.



Lawrence E. Stevens
Assistant Vice President
General Licensing

May 31, 2005

Anthony Ruscito Sr.
Skyline Bar and Grille
305 Victory Road                                    DHL
Quincy MA  02171

Re:  Skyline Bar and Grille

Dear Mr. Ruscito Sr.:

This is to notify you that infringement of BMI copyright controlled music recently occurred in your establishment and was noted by our Music Researcher.  Said infringement is in violation of the rights granted copyright owners under the copyright law of the United States.  You had previously been advised that we would not permit the unauthorized use of the music we control within your establishment.

We have provided you with all the pertinent information and request that you obtain a license to permit the public performance of BMI copyrighted music in your establishment.  We remain ready to furnish you a license at equitable rates.  The fees below cover all unlicensed periods for your business.  In addition to the license fees, Music Researcher fees have been incurred.

### PERIOD & FEE

2/1/04 - 1/31/05 = 2,562.00

2/1/05 - 1/31/06 = 2,632.00

|                       |           |
|-----------------------|-----------|
| Music Researcher Costs | $468.00   |
| TOTAL:                | $5,662.00 |

In order to resolve this issue at this time, the enclosed Music License Agreement must be completed, signed and returned along with a payment for all outstanding fees within 5 days from the date of this letter.  Should you fail to return the completed and signed Agreement with full payment by that date, you will leave me with no alternative other than to refer this matter to our attorneys for whatever action they deem necessary.

Sincerely,

Lawrence E. Stevens

Encl:  EDE1 MPA , Legal Aspects, WDYMLFG?, BRE
3323115502596/dy/Premise State:  MA

DHL: Track (By number) Detail



| Ship | **Track** | Services | About DHL | Help |

Cont:

DHL USA Hom



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service

## Log in to DHL

User ID [                    ]

Password [                    ]

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

# Track results detail

## Tracking results detail for 16647487673

### Tracking summary

| Current Status | ✓ | **Shipment delivered.** | View Signature |
| Delivered on | 6/2/2005 3:36 pm |
| Delivered to | Receptionist |
| Signed for by | R MCCAY    What is this? |

## Tracking history

| Date and Time | Status | Location |
|---|---|---|
| 6/2/2005 3:36 pm | Shipment delivered. | Boston, MA |
| 8:02 am | Arrived at DHL facility. | Boston, MA |
| 5/31/2005 5:38 pm | Departing origin. | Nashville, TN |
| 4:53 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
B M I
Nashville, TN 37203
United States

**Ship To:**
SKYLINE BAR AND GRILLE
Quincy, MA 02171
United States

**Shipment Information:**
Ship date: 5/31/2005
Pieces: 1
Total weight: 1 lb
Ship Type: Letter Expr

**Attention:**
B M I

**Attention:**
SKYLINE BAR AND GRILLE

Shipment Reference:
Service: 2nd day
Special Service:
Description:

Tracking detail provided by DHL: 6/2/2005, 2:28:22 pm pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.

Conta



| Ship | **Track** | Services | About DHL | Help |

DHL USA Hom

# Delivery Signature Detail

Tracking Delivery Signature details...Tracking    ▶ Help
Number 16647487673

**Track**

▶ Track by number
▶ Track by reference
▶ **Get delivery signature**
▶ Track DHL Same Day service

## Tracking summary

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 6/2/05  3:36 pm |
| Delivered to | Receptionist |
| Signed for by | **R MCCAY** |

Help me with the signed by codes

New to DHL?

Registration is
And as a regist
have access to
tools to help yo
packages easil
▶ Register Now

## Log in to DHL

User ID    [_____]

Password   [_____]

☐ Remember my User ID

▶ Log in  

▶ Forgot your Password?

**Signature**



RECEIVED IN GOOD ORDER EXCEPT AS NOTED

**Receiver Information**

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 6/2/2005 2:28:35 PM

| View Tracking Detail  | E-mail Delivery Signature  | Track new shipment  |

You are authorized to use DHL tracking systems solely to track shipments
tendered by or for you to DHL. Any other use of DHL tracking systems and
information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.

# BMI®

Lawrence E. Stevens
Assistant Vice President
General Licensing

June 10, 2005

Anthony Ruscito Jr.
Skyline Bar and Grille
305 Victory Road                                                    DHL
Quincy MA  02171

Re:  Skyline Bar and Grille

Dear Mr. Ruscito Jr.:

This is to notify you that infringement of BMI copyright controlled music recently occurred in your establishment and was noted by our Music Researcher.  Said infringement is in violation of the rights granted copyright owners under the copyright law of the United States.  You had previously been advised that we would not permit the unauthorized use of the music we control within your establishment.

We have provided you with all the pertinent information and request that you obtain a license to permit the public performance of BMI copyrighted music in your establishment.  We remain ready to furnish you a license at equitable rates.  The fees below cover all unlicensed periods for your business.  In addition to the license fees, Music Researcher fees have been incurred.

## PERIOD & FEE
2/1/04 - 1/31/05 = $2,562.00

2/1/05 - 1/31/06 = $2,632.00

Music Researcher Costs          $468.00
_____

TOTAL:                          $5,662.00

In order to resolve this issue at this time, the enclosed Music License Agreement must be completed, signed and returned along with a payment for all outstanding fees within 5 days from the date of this letter.  Should you fail to return the completed and signed Agreement with full payment by that date, you will leave me with no alternative other than to refer this matter to our attorneys for whatever action they deem necessary.

Sincerely,

Lawrence E. Stevens

Encl: EDE1 MPA , Legal Aspects, WDYMLFG?, BRE
3323115502596/dy/Premise State: MA

DHL: Track (By number) Detail                                    Page 1 of 1

Cont:



| Ship | **Track** | Services | About DHL | Help |

DHL USA Hom



## Track

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service

## Log in to DHL

User ID [                    ]

Password [                    ]

☐ Remember my User ID

Log in ▶

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 16647544270

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ **Shipment delivered.** | View Signature |
| Delivered on | 6/13/2005  3:45 pm | |
| Delivered to | Receptionist | |
| Signed for by | **REDDY**    What is this? | |

### Tracking history

| Date and Time | Status | Location |
|---|---|---|
| 6/13/2005 3:45 pm | Shipment delivered. | Boston, MA |
| 5:32 am | Arrived at DHL facility. | Boston, MA |
| 6/12/2005 9:06 am | Transit through sort facility. | Wilmington, OH |
| 6/10/2005 5:45 pm | Departing origin: | Nashville, TN |
| 4:28 pm | Picked Up by DHL. | Shipper's Door |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| B M I | SKYLINE BAR AND GRILLE | Ship date: 6/10/2005 |
| Nashville, TN 37203 | Quincy, MA 02171 | Pieces: 1 |
| United States | United States | Total weight: 1 lb |
| | | Ship Type: Letter Expi |

| Attention: | Attention: | Shipment Reference: |
|---|---|---|
| B M I | SKYLINE BAR AND GRILLE | Service: 2nd day |
| | | Special Service: |
| | | Description: |

Tracking detail provided by DHL: 6/14/2005, 8:18:44 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to C
use of DHL tracking systems and information is strictly prohibited.

### New to DHL?

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▸ Register Now

### Questions?

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.

DHL: Get delivery signature detail

Cont



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



# Delivery Signature Detail

**Track**

▶ Track by number
▶ Track by reference
▶ **Get delivery signature**
▶ Track DHL Same Day service

Tracking Delivery Signature details...Tracking Number 16647544270

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 6/13/05 3:45 pm |
| Delivered to | Receptionist |
| Signed for by | **REDDY** |

Help me with the signed by codes

▶ Help

**New to DHL?**

Registration is
And as a regist
have access to
tools to help yo
packages easil
▶ Register Now

## Log in to DHL

User ID [ ]

Password [ ]

☐ Remember my User ID

Log in 

▶ Forgot your Password?

**Signature**

**RECEIVED IN GOOD ORDER EXCEPT AS NOTED**

**Receiver Information**

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 6/14/2005 8:18:53 AM

| View Tracking Detail | E-mail Delivery Signature | Track new shipment |
|---|---|---|

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.



Lawrence E. Stevens
Assistant Vice President
General Licensing

July 20, 2005

Anthony Ruscito Jr.
Skyline Bar and Grille
305 Victory Road
Quincy, MA  02171

RE:    Skyline Bar and Grille

Dear Mr. Ruscito:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Lawrence E. Stevens

3323115502596 /tcj

BMI® 10 Music Square East, Nashville, Tennessee  37203-4399        (615) 401-2823        Fax: (615) 401-2861        7ccdx.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.



Lawrence E. Stevens
Assistant Vice President
General Licensing

July 20, 2005

Anthony Ruscito Sr.
Skyline Bar and Grille
305 Victory Road
Quincy, MA 02171

RE:    Skyline Bar and Grille

Dear Mr. Ruscito:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers. However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive. Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Lawrence E. Stevens

3323115502596 /tcj

---



Lawrence E. Stevens
Assistant Vice President
General Licensing

July 20, 2005

Grimoaldo A. Ruscito
Skyline Bar and Grille
305 Victory Road
Quincy, MA  02171

RE:    Skyline Bar and Grille

Dear Mr. Ruscito:

This is to notify you that the cease and desist order sent to you by BMI remains in full force and effect.

Since we have not received the license from you that would legally allow the performances of BMI represented copyrighted compositions in your business or organization, we must proceed in efforts to protect the rights of our more than 300,000 writers and publishers.  However, this can be avoided by contacting this office immediately.

Violations of the copyright law are expensive.  Damages for infringement of at least $750 per song, which can be significantly increased by the courts, are set forth in Title 17 of the United States Code (Copyright Law).

If you have any questions regarding this important matter, please contact me.

Sincerely,

Lawrence E. Stevens

3323115502596 /tcj

BMI® 10 Music Square East, Nashville, Tennessee  37203-4399          (615) 401-2823          Fax: (615) 401-2861          7ccdx.doc
BMI and the music stand symbol are registered trademarks of Broadcast Music, Inc.