UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; DYNATONE PUBLISHING COMPANY; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; JAMES WILLIAM BUFFETT a/k/a JIMMY BUFFETT, an individual d/b/a CORAL REEFER MUSIC; FOUR- TEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI FULL NELSON MUSIC; FREDERICK S. BIENSTOCK and HAMMERSTEIN MUSIC & THEATRE COMPANY, INC., a Connecticut Partnership d/b/a EDWARD B.MARKS MUSIC COMPANY; DANDELION MUSIC CO., A Division of JAMIE MUSIC PUBLISHING CO.; PRONTO MUSIC, a division of COTILLION MUSIC, INC.; QUINON R. IVY d/b/a QUINVY MUSIC PUBLISHING CO.; WARNER-TAMERLANE PUBLISHING CORP.; JEFF TROTT d/b/a TROTTSKY MUSIC; SHERYL SUZANNE CROW d/b/a OLD CROW MUSIC; SONGS OF UNIVERSAL, INC.; LISA ANNE LOEB, an Individual d/b/a FURIOUS ROSE MUSIC; JUAN P. PATINO, an individual d/b/a JUAN PATINO MUSIC PUBLISHING, <br><br> Plaintiffs, <br><br> v. <br><br> MARINA VIEW CORPORATION d/b/a SKYLINE BAR & GRILL, GRIMOALDO A. RUSCITO, ANTONIO C. RUSCITO and ANTHONY RUSCITO, each individually, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No.: 05 11845 RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action stipulate and move that this action be dismissed with prejudice, each party to bear its own costs, provided however that the Court shall retain jurisdiction of this matter and the parties thereto for the purpose of enforcing the Settlement Agreement concerning this action dated as of October 16, 2006.

Respectfully submitted:

Date: October 18, 2006

BROADCAST MUSIC, INC., et al, Plaintiffs,

By their attorneys,

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

MARINA VIEW CORPORATION d/b/a
SKYLINE BAR & GRILL,
GRIMOALDO A. RUSCITO,
ANTONIO C. RUSCITO and
ANTHONY RUSCITO,
By their attorney,

/s/ Andrew D. Epstein
Andrew D. Epstein, BBO #155140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110
Tel: (617) 482-4900

**SO ORDERED:**

_____        _____
Date                                United States District Judge